UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| CUSTOM ENGINEERING AND FABRICATION, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CAUSE NO.: 1:18-CV-61-TLS |
| TAV HOLDINGS, INC. | ) ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on Plaintiff Custom Engineering and Fabrication, Inc.'s, Stipulation to Dismiss With Prejudice [ECF No. 8], filed on July 24, 2018. The Stipulation, which calls for dismissal with prejudice, is signed by Christopher Dubes, counsel for the Plaintiff, and by Max Benkel, who represents that he is counsel for the Defendant.

No counsel, including Mr. Benkel, has formally entered an appearance on behalf of the Defendant. Thus, while the stipulation appears to seek dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court cannot accept the stipulation under that subsection because one of the parties is unrepresented. However, the Court notes that the Defendant not yet filed an answer, and thus dismissal would be proper under Rule 41(a)(1)(A)(i). The Court therefore construes the Stipulation as requesting such dismissal, and the cause is hereby DISMISSED WITH PREJUDICE.

Entered July 30, 2018.

                                                 s/ Theresa L. Springmann
                                                 CHIEF JUDGE THERESA L. SPRINGMANN
                                                 UNITED STATES DISTRICT COURT